# **EXHIBIT B**

# List of Outlets that have Published Harris' Photographs

**Breaking News & Protest Photo Outlets**

CNN
NY Post
NY Times
CNBC
The Gothamist
Washington Post
The Guardian
The Press and Journal UK
People Magazine
The Cut
KALW.com
Britannica
City and State NY
Good Morning America
The Independent UK
Times of Israel
Vanity Fair
AOL
ABC News
Refinery 29
The Daily Beast
NY Mag
MSN
Curbed.com
SheKnows.com
News.com.au
The Atlantic
SVD.de
The Lincoln Project
Politico
TIME
NPR
Fox
Aljazeera
Newsy
KTLA
Associated Press
Page Six
CBC
WKYT
CBS Austin

News Channel 9
Metro.co.uk
Poynter
Forbes
Shutterstock
Breitbart
Bloomberg
News Nation
Yahoo!
Buzzfeed
20minutes.FR
Patch.com
WGME
Columbus Dispatch

**Music & Entertainment Published Outlets**

AP Images/Associated Press
LA Times
NY Times
Washington Post
Seattle Times
Sacramento Bee
Review Journal
Press Democrat
St Louis Tribune
Boston Globe
Rolling Stone
KERRANG!
Us Magazine
People
Guardian
NBC News
ABC News
CBS News
CNN
MSNBC
CTV
San Diego Union Tribune
Yahoo
The Day
MSN
NPR
The Denver Channel
The State

NY Post
Idaho Statesman
The Crimson
Fox News
NOLA.com
The Atlantic
Washington Times
Pollstar
Diversity Inc
OC Register
Mic.com
Salon.com
SF Gate
NY Daily News
Times of Israel
Miami Herald
Miami New Times
Atlanta Journal Constitution
Spectrum News
Insider
AXS
Tuscon.com
Lacrosse Tribune
Dallas News
Hollywood Life
The Telegraph
The Stamford Advocate
National Geographic
Mass Live
San Diego Tribune
NH Register
WGN TV
Chicago Tribune
Myrtle Beach Online
Houston Chronicle
Oklahoman
QC Times
Mercury News
Cleveland.com
Cincinnati Enquirer
Philadelphia Inquirer
AL.com
NJ.com
Out.com
WLWT
Brooklyn Eagle

Las Vegas Weekly
Chicago Reader
Business Insider
WATE
Billboard
Stereogum
Newsday
Venues Today
MTV