# **EXHIBIT C**



**UP NEXT:**
Cincinnati Children's: Inequities fuel more chronic illnesses amo…

## Wednesday to capture the chaos



Police and protesters clash at Wednesday the U.S. Capitol.
PROVIDED/AMY HARRIS

**CHRIS MAYHEW** | **CINCINNATI ENQUIRER** | 5:19 pm EST January 7, 2021

   

Freelance photojournalist Amy Harris was already outside the U.S. Capitol when the Dearborn County, Indiana, resident saw a crowd coming toward her from the National Mall.



**UP NEXT:**
Cincinnati Children's: Inequities fuel more chronic illnesses amo…

The crowd expressed anger when police tried to stop them, and jubilation when someone did something like climb up the Capitol and raise a Trump flag, Harris said.

The first incident Harris said she noticed was when three men shook a metal barricade leading to the Capitol steps. All she could see were three women in uniform guarding the barricade.

The three men yelled to the crowd, Harris said.

"These three guys, they started riling up the crowd," she said. "They're like 'Let's take it. Let's take the Capitol'."

There were women and children there dressed in Trump gear, Harris said.



**Instant Access to Local News.**

Don't miss your chance for unlimited digital access to exclusive content.

**$29 for one year. Save 76%.**

Subscribe Now

"I don't know that anybody would have expected what happened yesterday to happen," she said.

A large swath of the crowd did not advance, hanging back to watch.





Trump flags and a man with a pitch fork beneath a flag with a skull and rifles emblazoned with the words Liberty or Death can be seen in this photo from Wednesday at the Capitol.
PROVIDED/AMY HARRIS

"Then it escalated," she said. "People started throwing barricades down and attacking the officers."

Harris said tear gas, pepper balls and flash-bang explosions were coming at the crowd.

She was surprised there wasn't more repellent thrown by officers, having spent the last seven months capturing images in 23 cities from Portland, Oregon, to Washington, D.C.

People who did advance toward the Capitol yelled back to the crowd.

"They were calling for more people to come up," she said. "They were like 'we need more people.' And I was shocked."

Harris' photography was focused more around live concerts until most shows stopped happening in March due to COVID-19.

Harris decided to take her camera to cover civil unrest around the country after the killing of George Floyd during a police encounter May 29 in Minnesota.

On Wednesday, she had walked to the Capitol earlier while on assignment following and covering the far-right group, the Proud Boys. She said she became separated from the Proud Boys group when she tripped and fell into someone and then inadvertently became pinned against a fence.

UP NEXT:
Cincinnati Children's: Inequities fuel more chronic illnesses amo…

"One of the guys literally picked me up and threw me," she said.

Waves of people started coming to the front and at that point, she decided to shoot photos from scaffolding set up for the inauguration rather than go onto the Capitol steps. Taking photos near about 10 other photojournalists, she heard people saying that someone had gotten inside.



People sit atop railings outside the windows of the U.S. Capitol building.
PROVIDED/AMY HARRIS

'This is actually one of the few times this summer that people weren't yelling at me for taking pictures," Harris said. "I think they knew it had to be covered."

She stayed outside and left the Capitol area at about 5:45 p.m.

Harris said she heard people talking about a woman being shot inside the Capitol and Vice

UP NEXT:
Cincinnati Children's: Inequities fuel more chronic illnesses amo…

naturally," she said.



Trump supporters march along a walkway and jump over mesh barricades on the U.S. Capitol lawn.
PROVIDED/AMY HARRIS

Harris' job as a photojournalist started as a side gig. She still owns and operates an consulting firm focused on industrial engineering.

"COVID stuff kind of shut down all my work," she said. "There were no concerts and I couldn't go into factories."

Cincinnati.com

Subscribe    Sign In

continue until President Joseph Biden's inauguration. Now, that's an unknown, she said.



**UP NEXT:**
Cincinnati Children's: Inequities fuel more chronic illnesses amo…

**NEWSLETTER**

# Be the first to be informed of important news as it happens in Greater Cincinnati.

Sign up now

Help  •  Terms of Service  •  Privacy Notice

Your California Privacy Notice

Mobile Apps  •  Ad Choices

© Copyright Gannett 2021

**3 free articles left.**
$29 for one year.

Subscribe