# **EXHIBIT D**





