## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY HARRIS<br><br>        *Plaintiff*,<br><br>v.<br><br>U.S. HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, *et al.*,<br><br>        *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1:21-cv-03290 |

## PLAINTIFF'S MOTION FOR WAIVER OF LOCAL CIVIL RULES 5.1(c)(1) AND 11.1

PLEASE TAKE NOTICE that Plaintiff Amy Harris, by and through her counsel and upon the accompanying memorandum, hereby moves this Court for an order waiving the requirement of Local Civil Rules 5.1(c)(1) and 11.1 that the "full residence address of the party" be included in the caption of the initial pleading and seeks approval to use her personal business address as a substitute in the caption of her Complaint.  In the alternative, Plaintiff moves the Court to permit the filing of her residence address showing only city, state and 4 digit Zip Code, with the house number and street name redacted in the Complaint's caption.[1]

---

[1] Because the Complaint has not been served and no appearances have yet been filed for Defendants, compliance with Local Civil Rule 7(m) is not possible.

-2-

By her attorneys,

*/s/ John D. Seiver*

Robert Corn-Revere (Bar ID: 375415)
John D. Seiver (Bar ID: 296418)
Courtney T. DeThomas (Bar ID: 888304075)
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington D.C. 20005
202-973-4200
bobcornrevere@dwt.com
johnseiver@dwt.com
courtneydethomas@dwt.com

Dated: December 22, 2021