**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
AMY HARRIS                          )
                                    )
       *Plaintiff*,              )
                                    )
v.                                  )
                                    )   Case No. 1:21-cv-03290
U.S. HOUSE SELECT COMMITTEE         )
TO INVESTIGATE THE JANUARY 6TH      )
ATTACK ON THE UNITED STATES         )
CAPITOL, and                        )
                                    )
BENNIE G. THOMPSON, in his official  )
capacity as Chairman of the U.S. House )
Select Committee to Investigate the  )
January 6th Attack on the United States )
Capitol,                            )
                                    )
       *Defendants*.            )
_____)

### **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR WAIVER OF LOCAL CIVIL RULES 5.1(c)(1) AND 11.1**

Upon consideration of Plaintiff Amy Harris's Motion for Waiver of Local Civil Rules 5.1(c)(1) and 11.1 ("Motion"), and the memorandum submitted in support thereof, the Court has determined that Plaintiff's Motion should be, and hereby is, GRANTED. The requirements of Local Civil Rules 5.1(c)(1) and 11.1 are hereby waived such that Plaintiff may substitute her residence address with her business address on her initial pleading.


Dated: _____, 2021

                                                                         _____
                                                                               United States District Judge