**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMY HARRIS, | ) |
|     *Plaintiff*, | ) |
| v. | ) Case No. 1:21-cv-03290 |
| U.S. HOUSE SELECT COMMITTEE TO INVESTIGATE THIS JANAURY 6TH ATTACK ON THE UNITED STATES CAPITOL, *et al.*, | ) |
|     *Defendants*. | ) |

**NOTICE OF APPEARANCE**

I, Robert Corn-Revere, hereby enter my appearance as counsel in the above-captioned case for Plaintiff, the Amy Harris. Please send future notices in this matter to:

> Robert Corn-Revere (DC BAR ID: 375415)
> Davis Wright Tremaine LLP
> 1301 K Street, NW, Suite 500 East
> Washington, D.C. 20005
> Phone: (202) 973-4200
> bobcornrevere@dwt.com

Respectfully submitted,

/s/ Robert Corn-Revere
Robert Corn-Revere (DC BAR ID: 375415)
Davis Wright Tremaine LLP
1301 K Street, NW, Suite 500 East
Washington, DC 20005
Phone: (202) 973-4200
bobcornrevere@dwt.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2021, I caused the foregoing Notice of Appearance to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

/s/ Robert Corn-Revere
Robert Corn-Revere