**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Amy Harris

Plaintiff

Case No.: 1:21-cv-03290-CJN

vs.

U.S. House Select Committee to Investigate the January 6th Attack on the United States Capitol, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint for Declaratory and Injunctive Relief with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 12/28/2021 at 1:53 PM, I served The Honorable Matthew M. Graves, U.S. Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20530 with the Summons, Civil Cover Sheet, and Complaint for Declaratory and Injunctive Relief with Exhibits by serving Milton Petus, Agent, authorized to accept service on behalf of the United States Attorney for the District of Columbia.

Milton Petus is described herein as:

Gender: Male   Race/Skin: Black   Age: 48   Weight: 220   Height: 5'10"   Hair: Black   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

12/30/21
Executed On

Ambiko Wallace

Client Ref Number: 0050033.000828
Job #: 1597538

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

AMY HARRIS )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 21-cv-03290-CJN
)
U.S. HOUSE SELECT COMMITTEE TO )
INVESTIGATE THE JANUARY 6TH ATTACK ON )
THE UNITED STATES CAPITOL )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Honorable Matthew M. Graves
US Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530
phone: 202-252-1900
email: dcoutreach@usdoj.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John D. Seiver
Davis Wright Tremaone LLP
1301 K Street, NW
Washington, DC 20005
phone: 202-973-4212
fax: 202-973-4412
email: johnseiver@dwt.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/23/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*