# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Amy Harris

**Plaintiff**

Case No.: 1:21-cv-03290-CJN

vs.

U.S. House Select Committee to Investigate the January 6th Attack on the United States Capitol, et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Louis Gerrick, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, and Complaint for Declaratory and Injunctive Relief with Exhibits

SERVE TO: The Honorable Merrick B. Garland, United States Attorney General

SERVICE ADDRESS: United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to The Honorable Merrick B. Garland, United States Attorney General at United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on 12/28/2021 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7020 0640 0001 5342 7704. Service was signed for on 01/04/2022, return receipt attached.

I declare under penalty of perjury that this information is true.

1/10/2022
Executed On

Louis Gerrick

Client Ref Number: 0050033.000828
Job #: 1597536

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ely Jose_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>JAN 4 2022 |
| 1. Article Addressed to:<br><br>United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 6942 1104 3209 61 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 0640 0001 5342 7704 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

AMY HARRIS

*Plaintiff(s)*

v.

U.S. HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL

*Defendant(s)*

Civil Action No.   21-cv-03290-CJN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Honorable Merrick B. Garland
United States Attorney General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001
phone: 202-353-1555

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John D. Seiver
Davis Wright Tremaone LLP
1301 K Street, NW
Washington, DC 20005
phone: 202-973-4212
fax: 202-973-4412
email: johnseiver@dwt.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 12/23/20

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*