# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Amy Harris

**Plaintiff**

Case No.: 1:21-cv-03290-CJN

vs.

**U.S. House Select Committee to Investigate the January 6th Attack on the United States Capitol, et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Louis Gerrick, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, and Complaint for Declaratory and Injunctive Relief with Exhibits

SERVE TO: U.S. House Select Committee to Investigate the January 6th Attack on the United States Capitol c/o Douglas N. Letter, U.S. House Representatives

SERVICE ADDRESS: Office of General Counsel, 219 Cannon House Office Building, Washington, DC 20515

METHOD OF SERVICE: Per COVID-19 service of process protocol. By mailing the documents listed herein to U.S. House Select Committee to Investigate the January 6th Attack on the United States Capitol c/o Douglas N. Letter, U.S. House Representatives at Office of General Counsel, 219 Cannon House Office Building, Washington, DC 20515 on 01/05/2022 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7021 0950 0001 4245 4103. Service was delivered on 01/11/2022, per USPS.com - USPS Tracking Results attached.

I declare under penalty of perjury that this information is true.

2/1/2022
Executed On



Louis Gerrick

Client Ref Number: 0050033.000828
Job #: 1597532

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70210950000142454103                                    Remove ✕

Your item was delivered to an individual at the address at 11:44 am on January 11, 2022 in WASHINGTON, DC 20515.

USPS Tracking Plus™ Available ⌄

## ✓ Delivered, Left with Individual

January 11, 2022 at 11:44 am
WASHINGTON, DC 20515

Get Updates ⌄

---

Text & Email Updates                                                          ⌄

---

Tracking History                                                              ⌃

January 11, 2022, 11:44 am
Delivered, Left with Individual
WASHINGTON, DC 20515
Your item was delivered to an individual at the address at 11:44 am on January 11, 2022 in WASHINGTON, DC 20515.

January 11, 2022, 7:05 am
Arrived at Post Office
WASHINGTON, DC 20018

January 10, 2022
In Transit to Next Facility

January 7, 2022, 10:05 am
Arrived at USPS Regional Origin Facility
WASHINGTON DC DISTRIBUTION CENTER

January 6, 2022, 6:35 pm
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

January 6, 2022, 10:17 am
Acceptance
MC LEAN, VA 22101

USPS Tracking Plus™

Product Information

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia  ▼

| | |
|---|---|
| AMY HARRIS <br><br> *Plaintiff(s)* <br> v. <br> U.S. HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL <br><br> *Defendant(s)* | Civil Action No.  21-cv-03290-CJN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Select Committee to Investigate the January 6th Attack on the United States Capitol
c/o Douglas N. Letter
US House of Representtives
Office of General Counsel
219 Cannon House Office Building
Washington, DC 20515
(202) 225-9700
email: douglas.letter@mail.house.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John D. Seiver
Davis Wright Tremaone LLP
1301 K Street, NW
Washington, DC 20005
phone: 202-973-4212
fax: 202-973-4412
email: johnseiver@dwt.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:  12/23/2021



/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*