# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY HARRIS,<br><br>                *Plaintiff*,<br><br>    v.<br><br>U.S. HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, *et al.*,<br><br>                *Defendants*. | No. 1:21-cv-03290-CJN |

## CONSENT MOTION TO EXTEND TIME
## FOR DEFENDANTS TO RESPOND

Pursuant to Local Rule 7 and the Court's Standing Order for Civil Cases (ECF No. 6), Defendants the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol, and the Honorable Bennie G. Thompson, move for an extension of time to respond to Plaintiff's Complaint.

Plaintiff Amy Harris filed her Complaint (ECF No. 1) on December 15, 2021. Pursuant to Federal Rule of Civil Procedure 12(a)(3), the response to Plaintiff's Complaint is currently due on February 28, 2022, 60 days after service of the summons and original complaint on the U.S. Attorney for the District of Columbia. *See* ECF No. 11; *see also* Fed. R. Civ. P. 12(a)(3). Defendants seek a 21-day extension of the deadline to respond to the Complaint, until **March 21, 2022**.

Defendants, all Members of Congress, are actively engaged in studying the various alternatives in the litigation and need more time, in light of their schedules and official travel, prior to responding. Given the nature of these discussions and the other litigation currently

underway, Defendants were unable to comply with the four-day requirement set out in the Court's Standing Order. No other extensions of time have been sought in this case and there are no existing deadlines that will be affected by the granting of this motion.

Pursuant to Local Rule 7(m), the parties' counsel conferred about a proposed extension of time, and Plaintiff consents to a 21-day extension.

Respectfully submitted,

/s/ *Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
*General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Eric R. Columbus (D.C. Bar No. 487736)
Stacie M. Fahsel (D.C. Bar. No. 1034314)
Michelle S. Kallen (D.C. Bar No. 1030497)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

*Counsel for Defendants*

February 25, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

 _/s/ Douglas N. Letter_
 Douglas N. Letter