# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMY HARRIS,<br><br>      *Plaintiff*,<br><br>  v.<br><br>U.S. HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, *et al.*,<br><br>      *Defendants*. | No. 1:21-cv-03290-CJN |

## [PROPOSED] ORDER GRANTING DEFENDANTS' CONSENT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND

It is ORDERED that the consent motion of Defendants the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol and the Honorable Bennie G. Thompson for a 21-day extension to respond to Plaintiff's Complaint is GRANTED.

Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is extended to March 21, 2022.

It is so ORDERED.

Dated: _____

                     _____
                     Judge Carl J. Nichols
                     UNITED STATES DISTRICT COURT JUDGE