IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY HARRIS,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, *et al.*,<br><br>*Defendants*. | No. 1:21-cv-03290-CJN |

**SECOND CONSENT MOTION TO EXTEND TIME
FOR DEFENDANTS TO RESPOND**

Pursuant to Local Rule 7 and the Court's Standing Order for Civil Cases (ECF No. 6), Defendants the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol, and the Honorable Bennie G. Thompson ("Select Committee"), respectfully move for a second extension of time to respond to Plaintiff's Complaint.

Plaintiff Amy Harris filed her Complaint (ECF No. 1) on December 15, 2021. Pursuant to Federal Rule of Civil Procedure 12(a)(3), the response to Plaintiff's Complaint was originally due on February 28, 2022, 60 days after service of the summons and original complaint on the U.S. Attorney for the District of Columbia. *See* ECF No. 11; *see also* Fed. R. Civ. P. 12(a)(3). On February 25, 2022, Defendants sought a 21-day extension of the deadline to respond to the Complaint (ECF No. 13), which was granted by the Court. *See* Minute Order, Feb. 28, 2022 (setting new date for responsive pleading of March 21, 2022). Defendants now seek an additional 30-day extension, until April 20, 2022.

Defendants, all Members of Congress, continue to be actively engaged in studying the various alternatives in this and other related litigation. In addition, the Select Committee's investigation continues to uncover new information almost daily, which requires continual adjustments and alterations in its plans and strategic approach. Also, new information is obtained via the parallel criminal proceedings, which also affects the Select Committee's decision making on this and other cases. Finally, given the schedules of the Select Committee Members and the press of other critical House business (*e.g.*, consideration of the Consolidated Appropriations Act, 2022 (H.R. 2471)), additional time is required prior to responding. Given the nature of the investigation, House business, and the other litigation currently underway, Defendants were unable to comply with the four-day requirement set out in the Court's Standing Order. There are no existing deadlines that will be affected by the granting of this motion.

Pursuant to Local Rule 7(m), the parties' counsel conferred about a proposed extension of time, and Plaintiff consents to a 30-day extension.

        Respectfully submitted,

        /s/ *Douglas N. Letter*
        Douglas N. Letter (D.C. Bar No. 253492)
        *General Counsel*
        Todd B. Tatelman (VA Bar No. 66008)
        Eric R. Columbus (D.C. Bar No. 487736)
        Stacie M. Fahsel (D.C. Bar. No. 1034314)
        Michelle S. Kallen (D.C. Bar No. 1030497)
        OFFICE OF GENERAL COUNSEL
        U.S. HOUSE OF REPRESENTATIVES
        5140 O'Neill House Office Building
        Washington, D.C. 20515
        (202) 225-9700
        Douglas.Letter@mail.house.gov

        *Counsel for Defendants*

March 18, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

                                                                      */s/ Douglas N. Letter*
                                                                       Douglas N. Letter