IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY HARRIS,<br><br>    *Plaintiff*,<br><br> v.<br><br>U.S. HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, *et al.*,<br><br>    *Defendants*. | No. 1:21-cv-03290-CJN |

**FOURTH CONSENT MOTION TO EXTEND TIME
FOR DEFENDANTS TO RESPOND**

  Pursuant to Local Rule 7 and the Court's Standing Order for Civil Cases (ECF No. 6), Defendants the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol, and the Honorable Bennie G. Thompson ("Select Committee"), respectfully move for a fourth extension of time to respond to Plaintiff's Complaint.

  Plaintiff Amy Harris filed her Complaint (ECF No. 1) on December 15, 2021. Pursuant to Federal Rule of Civil Procedure 12(a)(3), the response to Plaintiff's Complaint was originally due on February 28, 2022, 60 days after service of the summons and original complaint on the U.S. Attorney for the District of Columbia. *See* ECF No. 11; *see also* Fed. R. Civ. P. 12(a)(3). On February 25, 2022, Defendants sought a 21-day extension of the deadline to respond to the Complaint (ECF 13), which was granted by the Court. *See* Minute Order, Feb. 28, 2022 (setting new date for responsive pleading of March 21, 2022). On March 18, 2022, Defendants sought a 30-day extension of the deadline to respond, until April 20, 2022 (ECF 14), which was granted by the Court. *See* Minute Order, Mar. 21, 2022 (setting new date for responsive pleading of

April 20, 2022). On April 14, 2022, Defendants sought a 30-day extension of the deadline to respond, until May 20, 2022 (ECF 15), which was also granted by the Court. *See* Minute Order, April 15, 2022 (setting new date for responsive pleading of May 20, 2022). Defendants now seek an additional 45-day extension, until July 5, 2022.

Defendants, all Members of Congress, continue to be actively engaged in studying the various alternatives in this and other related litigation. In addition, the Select Committee's investigation continues to uncover new information almost daily, which requires continual adjustments and alterations in its plans and strategic approach. Also, new information is obtained via the parallel criminal proceedings, which also affects the Select Committee's decision making on this and other cases. Finally, given that the Select Committee has announced multiple public hearings for the month of June, the schedules of the Select Committee Members and the press of other critical House business, require additional time prior to responding. There are no existing deadlines that will be affected by the granting of this motion.

Pursuant to Local Rule 7(m), the parties' counsel conferred about a proposed extension of time, and Plaintiff consents to a 45-day extension.

Respectfully submitted,

/s/ *Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
*General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Eric R. Columbus (D.C. Bar No. 487736)
Michelle S. Kallen (D.C. Bar No. 1030497)
Stacie M. Fahsel (D.C. Bar. No. 1034314)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

May 17, 2022                                          *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter