IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY HARRIS,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, *et al.*,<br><br>*Defendants*. | No. 1:21-cv-03290-CJN |

**[PROPOSED] ORDER GRANTING DEFENDANTS' FOURTH CONSENT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND**

It is ORDERED that the fourth consent motion of Defendants the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol and the Honorable Bennie G. Thompson for a 45-day extension to respond to Plaintiff's Complaint is GRANTED.

Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is extended to July 5, 2022.

It is so ORDERED.

Dated: _____                         _____
                                          Judge Carl J. Nichols
                                          UNITED STATES DISTRICT COURT JUDGE