
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY HARRIS,<br><br>       *Plaintiff*,<br><br>  v.<br><br>U.S. HOUSE SELECT COMMITTEE<br>TO INVESTIGATE THE JANUARY 6TH<br>ATTACK ON THE UNITED STATES<br>CAPITOL, et al.,<br><br>       *Defendants*. | No. 1:21-cv-03290-CJN |

**FIFTH CONSENT MOTION TO EXTEND TIME
FOR DEFENDANTS TO RESPOND**

  Pursuant to Local Rule 7 and the Court's Standing Order for Civil Cases (ECF No. 6), Defendants the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol, and the Honorable Bennie G. Thompson ("Select Committee"), respectfully move for a fifth extension of time to respond to Plaintiff's Complaint.

  Plaintiff Amy Harris filed her Complaint (ECF No. 1) on December 15, 2021.  Pursuant to Federal Rule of Civil Procedure 12(a)(3), the response to Plaintiff's Complaint was originally due on February 28, 2022, 60 days after service of the summons and original complaint on the U.S. Attorney for the District of Columbia.  *See* ECF No. 11; *see also* Fed. R. Civ. P. 12(a)(3). On February 25, 2022, Defendants sought a 21-day extension of the deadline to respond to the Complaint (ECF 13), which was granted by the Court.  *See* Minute Order, Feb. 28, 2022 (setting new date for responsive pleading of March 21, 2022).  On March 18, 2022, Defendants sought a 30-day extension of the deadline to respond, until April 20, 2022 (ECF 14), which was granted by the Court.  *See* Minute Order, Mar. 21, 2022 (setting new date for responsive pleading of

April 20, 2022). On April 14, 2022, Defendants sought a 30-day extension of the deadline to respond, until May 20, 2022 (ECF 15), which was granted by the Court. *See* Minute Order, Apr. 15, 2022 (setting new date for responsive pleading of May 20, 2022). On May 17, 2022, Defendants sought a 45-day extension of the deadline to respond, until July 5, 2022 (ECF 16), which was also granted by the Court. *See* Minute Order, May 19, 2022 (setting new date for responsive pleading of July 5, 2022). Defendants now seek an additional 30-day extension, until August 4, 2022.

Defendants, all Members of Congress, continue to be actively engaged in studying the various alternatives in this and other related litigation. In addition, given the information obtained via the Select Committee's hearings and the parallel criminal proceedings, additional time is required to evaluate and consider Defendants' strategic approach. There are no existing deadlines that will be affected by the granting of this motion.

Pursuant to Local Rule 7(m), the parties' counsel conferred about a proposed extension of time, and Plaintiff consents to a 30-day extension.

Respectfully submitted,

/s/ *Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
*General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Eric R. Columbus (D.C. Bar No. 487736)
Michelle S. Kallen (D.C. Bar No. 1030497)
Stacie M. Fahsel (D.C. Bar. No. 1034314)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

June 26, 2022                                    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 26, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

                                                */s/ Douglas N. Letter*
                                                Douglas N. Letter