IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY HARRIS,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, et al.,<br><br>*Defendants*. | No. 1:21-cv-03290-CJN |

**[PROPOSED] ORDER GRANTING DEFENDANTS' FIFTH CONSENT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND**

It is ORDERED that the fifth consent motion of Defendants, the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol and the Honorable Bennie G. Thompson, for a 30-day extension to respond to Plaintiff's Complaint is GRANTED.

Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is extended to August 4, 2022.

It is so ORDERED.

Dated: _____                    _____
                                     Judge Carl J. Nichols
                                     U.S. DISTRICT COURT JUDGE