IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY HARRIS,<br><br>                      *Plaintiff*,<br><br>    v.<br><br>U.S. HOUSE SELECT COMMITTEE<br>TO INVESTIGATE THE JANUARY 6TH<br>ATTACK ON THE UNITED STATES<br>CAPITOL, et al.,<br><br>                     *Defendants*. | No. 1:21-cv-03290-CJN |

**SIXTH CONSENT MOTION TO EXTEND TIME
FOR DEFENDANTS TO RESPOND**

Pursuant to Local Rule 7 and the Court's Standing Order for Civil Cases (ECF No. 6), Defendants the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol, and the Honorable Bennie G. Thompson ("Select Committee"), respectfully move for a sixth extension of time to respond to Plaintiff's Complaint.

Plaintiff Amy Harris filed her Complaint (ECF 1) on December 15, 2021. Pursuant to Federal Rule of Civil Procedure 12(a)(3), the response to Plaintiff's Complaint was originally due on February 28, 2022, 60 days after service of the summons and original complaint on the U.S. Attorney for the District of Columbia. *See* ECF 11; *see also* Fed. R. Civ. P. 12(a)(3). On February 25, 2022, Defendants sought a 21-day extension of the deadline to respond to the Complaint (ECF 13), which was granted by the Court. *See* Minute Order, Feb. 28, 2022 (setting new date for responsive pleading of March 21, 2022). On March 18, 2022, Defendants sought a 30-day extension of the deadline to respond, until April 20, 2022 (ECF 14), which was granted by the Court. *See* Minute Order, Mar. 21, 2022 (setting new date for responsive pleading of

April 20, 2022). On April 14, 2022, Defendants sought a 30-day extension of the deadline to respond, until May 20, 2022 (ECF 15), which was granted by the Court. *See* Minute Order, Apr. 15, 2022 (setting new date for responsive pleading of May 20, 2022). On May 17, 2022, Defendants sought a 45-day extension of the deadline to respond, until July 5, 2022 (ECF 16), which was granted by the Court. *See* Minute Order, May 19, 2022 (setting new date for responsive pleading of July 5, 2022). On June 26, 2022, Defendants sought a 30-day extension of the deadline to respond, until August 4, 2022 (ECF 17), which was also granted by the Court. *See* Minute Order, June 30, 2022 (setting new date for responsive pleading of August 4, 2022). Defendants now seek an additional 30-day extension, until September 6, 2022.

Defendants continue to study the various alternatives in this and other litigation related to the events on or around January 6. And additional time is required to evaluate and consider Defendants' strategic approach. There are no existing deadlines that will be affected by the granting of this motion.

Pursuant to Local Rule 7(m), the parties' counsel conferred about a proposed extension of time, and Plaintiff consents to a 30-day extension.

Respectfully submitted,

/s/ *Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
*General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Eric R. Columbus (D.C. Bar No. 487736)
Michelle S. Kallen (D.C. Bar No. 1030497)
Stacie M. Fahsel (D.C. Bar. No. 1034314)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov
*Counsel for Defendants*

July 29, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter
