# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ──────────────────────────── ) | |
| AMY HARRIS ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 1:21-cv-03290 |
| ) | |
| U.S. HOUSE SELECT COMMITTEE ) | |
| TO INVESTIGATE THE JANUARY 6TH ) | |
| ATTACK ON THE UNITED STATES ) | |
| CAPITOL, *et al.,* ) | |
| ) | |
| ) | |
| *Defendants.* ) | |
| ──────────────────────────── ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Plaintiff has been advised that the subject subpoena has been withdrawn and that the Defendants will not object to any voluntary dismissal pursuant to Rule 41(a).

Accordingly, Plaintiff Amy Harris hereby dismisses, without prejudice, her action against Defendants.

By her attorneys,

*/s/ John D. Seiver*

Robert Corn-Revere (Bar ID: 375415)
John D. Seiver (Bar ID: 296418)
Courtney T. DeThomas (Bar ID: 888304075)
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington D.C. 20005
202-973-4200
bobcornrevere@dwt.com
johnseiver@dwt.com
courtneydethomas@dwt.com

Dated: December 5, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2022, a copy of the foregoing was filed via the

CM/ECF system for the U.S. District Court for the District of Columbia, which will send

notification to all counsel of record.

/s/ John D. Seiver
John D. Seiver